**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Julio Mejia–Perez

                                   Plaintiff,

v.                                                      Case No.: 1:26–cv–03617
                                                        Honorable Robert W. Gettleman

Markwayne Mullin, et al.

                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 22, 2026:

      MINUTE entry before the Honorable Robert W. Gettleman: The court sets the following briefing schedule on Defendant's Motion to Dismiss the amended complaint [11] : petitioner's response due 8/13/2026; defendant's reply due 8/27/2026. The court will issue its ruling on CM/ECF. Defendant's motion to dismiss the original complaint [7] is denied as moot. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.